# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division



JOYCE PETTY

**JUDGMENT IN A CIVIL CASE**

v.

JACKSON-MADISON COUNTY
GENERAL HOSPITAL

CASE NUMBER:   03-1327-T

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that in compliance with the Joint Stipulation of Dismissal with Prejudice entered in the above-styled matter on 05/11/05, this case is hereby DISMISSED WITH PREJUDICE.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

ROBERT R. Di TROLIO
CLERK

5/13/05                                   BY:   C. Akud
DATE                                            DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  05-16-05  .

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 111 in case 1:03-CV-01327 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Bradley E. Strawn
FISHER & PHILLIPS
945 E. Paces Ferry Rd.
Ste. 1500
Atlanta, GA 30326

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Anderson B. Scott
FISHER & PHILLIPS
945 E. Paces Ferry Rd.
Ste. 1500
Atlanta, GA 30326

Randall Blake Tolley
LAW OFFICE OF RANDALL B. TOLLEY
242 Poplar Ave.
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT